# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60011-CR-ROSENBAUM/SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANDRE D. BARBARY, *et al.*,

        Defendants.

_____/

## ORDER REQUIRING RESPONSE FROM PARTIES

    This matter is before the Court on an independent review of the record. The Court notes that, earlier in this case, Defendant Tamika Jasper-Barbary filed her Motion for Severance [D.E. 234], in which she stated her intention to present, among other evidence, evidence that her husband and Co-defendant Andre D. Barbary hid his extra-marital affairs from her. As Defendant Jasper-Barbary explains her theory of the case, because Barbary allegedly deceived Jasper-Barbary regarding his extramarital affairs, he was likewise able to and did hide from her his alleged drug-trafficking activity.

    Previously, the Honorable Robert N. Scola, Jr., denied Defendant Jasper-Barbary's Motion for Severance, explaining that although Jasper-Barbary had described a potential conflict between her stated defense and the interests of her husband, the conflict was "premature and somewhat speculative." D.E. 292 at 2. Judge Scola further noted that although Co-defendant Barbary appeared to be the one to whom any prejudice resulting from Defendant Jasper-Barbary's stated defense might fall, Barbary had not moved for a severance. *Id.* at 2-3, 3 n.1.

According to Jasper-Barbary, Barbary intends to oppose the introduction of any evidence that Jasper-Barbary might present that would demonstrate that Barbary had concealed alleged extramarital affairs from her. *See id.* at 3 n.1. Particularly in light of this Court's recent severance of Co-defendant Jackson's trial from the trial of the remaining Defendants, this Court wishes to resolve any issues potentially requiring severance now so as to avoid holding more than two trials, if possible. Therefore, in view of Jasper-Barbary's intended defense, **by September 26, 2012, Defendant Andre D. Barbary shall file any opposition that he may have to the admissibility of Jasper-Barbary's intended evidence regarding her theory of defense and any motion for severance or alternative motion for severance relating to Jasper-Barbary's theory of defense. By October 3, 2012, the Government shall file a response to any such filing, stating its position on the filing and the basis for that position. <u>Failure to file timely opposition to Defendant Jasper-Barbary's intended evidence regarding her theory of defense set forth here and in her Motion for Severance [D.E. 234] may result in waiver of the issue</u>**.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 18th day of September 2012.

                                                                                  _____
                                                                                   ROBIN S. ROSENBAUM
                                                                                    UNITED STATES MAGISTRATE JUDGE

copies:        Counsel of Record