# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60011-CR-ROSENBAUM/SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WILLIE J. HARTFIELD, *et al.*,

        Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the Court on Defendant Willie J. Hartfield's Motion to Suppress [D.E. 223], which was previously referred to the Honorable Lurana S. Snow for proposed findings and a recommended disposition. On September 6, 2012, Magistrate Judge Snow filed a Report and Recommendation [D.E. 347] recommending that the Motion be denied. The Report and Recommendation advised Defendant that the parties had fourteen days from the date of service of the Report and Recommendation to file any written objections and that "[f]ailure to file objections timely shall bar the parties from attacking on appeal factual findings contained [within the Report and Recommendation]." D.E. 347 at 7 (citations omitted). Although more than fourteen days have passed since Judge Snow filed her Report and Recommendation, to date, Defendant Hartfield has filed no objections, nor has he sought additional time to file objections. The Court has, nonetheless, conducted a *de novo* review of Magistrate Judge Snow's Report and Recommendation and is fully advised in the premises.

The Court finds the Report and Recommendation to be well reasoned and correct. Indeed,

the Court agrees with the analysis set forth in Judge Snow's Report and Recommendation and concludes that Defendant Hartfield's Motion to Suppress must be denied.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Snow's Report and Recommendation [D.E. 347] is hereby **AFFIRMED and ADOPTED**; and

2. Defendant Hartfield's Motion to Suppress [D.E. 223] is **DENIED**.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 1st day of October 2012.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

copies:	Counsel of Record