# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 12-60011-CR-ROSENBAUM/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDRE D. BARBARY, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

### *Introduction*

This matter is before the Court upon Defendant Nathaniel Holt, Jr.'s Motion to Suppress Stop and Search of Vehicle and Seizure of U.S. Currency on June 27, 2007 [D.E. 225], and Motion to Suppress Stop and Search of Vehicle and Seizure of U.S. Currency on January 7, 2010 [D.E. 226], which were previously referred to the Honorable Lurana S. Snow for proposed findings and a recommended disposition. Magistrate Judge Snow held a hearing on the Motions and filed a Report and Recommendation [D.E. 345] recommending that the Court deny both Motions to Suppress. Holt then filed Objections to the Report and Recommendation [D.E. 374], and the Government filed a Response to Holt's Objections [D.E. 383].

The Court has conducted a *de novo* review of Holt's Motion, all supporting and opposing filings, Magistrate Judge Snow's Report and Recommendation, Holt's Objections, the Government's Response, and the entire record. In addition, the Court has listened to a recording of the hearing held on the Motions. After careful consideration, the Court now overrules Holt's Objections and adopts

Magistrate Judge Snow's Report and Recommendation.

*** Discussion ***

Holt objects to Judge Snow's findings of fact and conclusions of law. In particular, he contests Judge Snow's findings "relating to those factors dealing with [Holt's] alleged nervousness . . . ." during both traffic stops. D.E. 374 at 2. In this regard, Holt asserts that Judge Snow incorrectly concluded that reasonable suspicion supported both detentions.[1]

Based on a *de novo* review of the record, the Court now overrules Holt's objections. The Court has listened to the hearing and finds Judge Snow's description of each witness's testimony to be accurate. *See* D.E. 345 at 1-8. In addition, the Court independently concludes that the law enforcement officers' testimony was credible and notes that no witnesses testified in an internally inconsistent manner or were impeached.[2]

The Court also agrees with Judge Snow's legal analysis and finds that the circumstances of both stops were sufficient to sustain a reasonable suspicion of criminal activity. Judge Snow cited

---

[1] With respect to the second stop, Holt objects to Judge Snow's conclusion that Holt lacked standing to challenge the search of the vehicle. While Judge Snow did find that Holt had no standing to challenge the second search, she nevertheless addressed the merits of his motion to suppress. Because the Court agrees that the second search was based on a reasonable suspicion of criminal activity, it does not address whether Holt lacks standing to challenge the search.

[2] Holt objects to Judge Snow's finding that Detective Fernandez, the officer who conducted the June 2007 traffic stop, testified credibly. *See* D.E. 374 at 2. Detective Fernandez testified that he recognized Holt's name from his time as an officer with the Opa Locka Police Department. Holt asserts, however, that he was incarcerated at the time that the detective worked in Opa Locka. When cross-examined by defense counsel, Detective Fernandez maintained that he had some form of contact with Holt while working as a police officer in Opa Locka. Defense counsel did not impeach Detective Fernandez or present evidence demonstrating that Detective Fernandez was untruthful in his testimony. After an independent review, the Court agrees with Judge Snow that Detective Fernandez's testimony was credible.

several binding cases in support of her determination that the detectives were justified in extending each traffic stop when reasonable suspicion of criminal activity arose. This Court agrees with Judge Snow's analysis.

Holt, on the other hand, has not produced any cases indicating that the factors articulated by Judge Snow fail to support findings of reasonable suspicion. Nor is the Court aware of any binding case law contradicting Magistrate Judge Snow's conclusions. To the contrary, the Court finds Magistrate Judge Snow's Report and Recommendation to be well reasoned, compelling, and correct. The Court therefore overrules Holt's objections and adopts the Report and Recommendation.

*Conclusion*

For the foregoing reasons, the Court agrees with Magistrate Judge Snow's Report and Recommendation and overrules Holt's Objections. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Snow's Report and Recommendation [D.E. 345] is hereby **AFFIRMED and ADOPTED**;

2. Defendant Nathaniel Holt, Jr.'s Motion to Suppress Stop and Search of Vehicle and Seizure of U.S. Currency on June 27, 2007 [D.E. 225] is **DENIED**.

3. Defendant Nathaniel Holt, Jr.'s Motion to Suppress Stop and Search of Vehicle and Seizure of U.S. Currency on January 7, 2010 [D.E. 226] is **DENIED**.

**DONE AND ORDERED** at Fort Lauderdale Florida, this 10th day of October 2012.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies:
The Honorable Lurana S. Snow
Counsel of Record