UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60011-CR-ROSENBAUM/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MONICA LEWIS,

    Defendant.
    _____/

## ORDER

This matter is before the Court on Defendant Monica Lewis's Motion Requesting Permission for Defendant, Monica Lewis, to Enter the Federal Courthouse Building With a Laptop Computer [D.E. 462]. In her Motion, Defendant Lewis requests to bring her laptop computer into the courtroom for purposes of trial. According to Lewis, she requires the laptop computer because it contains the discovery relevant to this case, and it contains parts of Defendant Lewis's case presentation. The Court finds good cause to allow Defendant to bring her laptop computer to the courthouse for use at trial in this case.

Accordingly, it is hereby **ORDERED and ADJUDGED** that Defendant Lewis's Motion [D.E. 462] is **GRANTED**. Lewis shall be permitted to enter the Fort Lauderdale federal courthouse building with her laptop computer during the entirety of the trial in the above-captioned matter, currently set to commence on October 23, 2012.

**DONE and ORDERED** this 22nd day of October 2012.

    _____
    ROBIN S. ROSENBAUM
    UNITED STATES DISTRICT JUDGE